UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 19 AM 9: 30

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| BASEM RAFEEDIE AND NAHEEL RAFEEDIE, ET AL. | CIVIL ACTION |
| VERSUS | NO. 06-7387 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION "N" (1) |

## ORDER

Before the Court is the unopposed Motion to Sever (Rec. Doc. No. 10) filed by Defendant, State Farm Fire and Casualty Company ("State Farm") in the above-captioned matter.[1] Plaintiffs in this matter are Basem and Naheel Rafeedie ("Rafeedie"), Bridget Lance and Anthony Indovina ("Indovina") and Thomas and Diane Tarantino ("Tarantino"). In its motion, State Farm seeks to sever the claims of Rafeedie, Indovina, and Tarantino, pursuant to Rule 21 of the Federal Rules of Civil Procedure. In the alternative, State Farm requests that each claim be separated for trial purposes pursuant to Rule 42(b) of the Federal Rules of Civil Procedure.[2]

The Court finds that the issues raised by State Farm's Motion to Sever have been discussed in detail in *Sucherman v. Metropolitan Property and Cas. Ins. Co.*, 2007 WL 1484067, *1-2 (E.D.La. May 21, 2007) (Vance, J.). The Court incorporates the rationale set forth in that opinion by reference herein, in determining that the claims against State Farm do not arise "out of the same transaction, occurrence, or series of transactions" under Rule 20(a). Because this requirement has

---

[1] On June 4, 2007, Plaintiffs' counsel notified the Court, via telephone, that Plaintiffs had no opposition to State Farm's Motion to Sever.

[2] In light of the decision made herein, it is unnecessary for the Court to address State Farm's alternative motion for separate trials.



not been met, the Court finds that Plaintiffs' claims as to the separate properties were misjoined and should be severed.

Accordingly, **IT IS ORDERED** that State Farm's Motion to Sever (Rec. Doc. No. 10) is **GRANTED**.

New Orleans, Louisiana, this 18th day of July, 2007.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**